■ LEON DENNIS v LESLIE DACHS et al. — Upon the court's own motion, the order of this court entered on March 11, 1982 and the opinion of this court filed therewith (85 AD2d 223) are recalled, a new opinion substituted therefor, and the aforesaid order resettled to indicate that this court's reversal was on the law, as indicated in the order of this court. Resettled order signed and filed. Concur — Murphy, P. J., Kupferman, Sandler, Carro and Markewich, JJ.